

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**In re:**

| | | | |
|---|---|---|---|
| **Terry Curtis Mabus** | ) | Case No: | 16-10531 |
| | ) | | |
| | ) | | |
| | ) | | |
| **Debtor(s).** | ) | Chapter: | 7 |

## ORDER ON REAFFIRMATION AGREEMENT (DKT. #43)

A reaffirmation agreement between the Debtor(s) and BancorpSouth Bank was filed on May 25, 2016 (the "Reaffirmation Agreement") (Dkt.#43). The hearing on the Reaffirmation Agreement was held on July 19, 2016. For the reasons set forth on the record, it is hereby **ORDERED, ADJUDGED, AND DECREED** that

☒ The Reaffirmation Agreement is **APPROVED.**

☐ Approval of the Reaffirmation Agreement is **DENIED.**

☐ Approval of the Reaffirmation Agreement is **DENIED** for the Debtor(s)' failure to appear at the hearing.

##END OF ORDER##